**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: S.A-L.H., A MINOR   :   No. 332 EAL 2020

:

:

PETITION OF: A.W., MOTHER   :   Petition for Allowance of Appeal

:   from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.